No. 91–77. RYAN *v.* COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 91–78. VOGEL *v.* FRANK, POSTMASTER GENERAL OF THE UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–79. BLUE ET VIR *v.* GENESEE MEMORIAL HOSPITAL, INC., ET AL. Ct. App. Mich. Certiorari denied.

No. 91–80. GONZALEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–82. JONES, TRUSTEE *v.* ATCHISON. C. A. 7th Cir. Certiorari denied.

No. 91–84. BELCASTRO-BOWEN ET AL. *v.* DELTA AIR LINES, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–86. COX ET UX., DBA PIXY PALS KENNEL *v.* UNITED STATES DEPARTMENT OF AGRICULTURE. C. A. 8th Cir. Certiorari denied.

No. 91–89. CALIFORNIA ENERGY CO., INC. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 91–90. MEYER ET AL. *v.* UNITED STATES;
No. 91–161. WILMOT *v.* UNITED STATES; and
No. 91–264. WILLIAMS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–91. EUERLE FARMS, INC., ET AL. *v.* FARM CREDIT SERVICES OF ST. PAUL ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–92. CAERNARVON TOWNSHIP ET AL. *v.* MORGANTOWN PROPERTIES. Sup. Ct. Pa. Certiorari denied.

No. 91–93. RISSER ET AL. *v.* THOMPSON, GOVERNOR OF WISCONSIN. C. A. 7th Cir. Certiorari denied.

No. 91–94. LAMBERT *v.* DEPARTMENT OF THE ARMY. C. A. Fed. Cir. Certiorari denied.